NEW YORK STATE CONSTRUCTION COMPANY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*People ex rel. N. Y. State Construction Co.* v. *City of New York,* 163 App. Div. 227, appeal dismissed.
  (Submitted February 23, 1915; decided March 3, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 9, 1914, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for delay and extra work in performance of a contract for public work.

The motion was made upon the ground of failure to file the required undertaking.

*Frank L. Polk, Corporation Counsel (J. H. Greener* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

JAMES J. EAGAN, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

*Eagan* v. *Board of Education, New York City,* 150 App. Div. 902, appeal dismissed.
  (Submitted February 23, 1915; decided March 3, 1915.)

MOTION to dismiss an appeal, by permission, from a judgment of the Appellate Division of the Supreme

Court in the first judicial department, entered May 9, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover a sum alleged to have been illegally deducted from plaintiff's salary as janitor of a public school.

The motion was made upon the ground of failure to file the required undertaking.

*Frank L. Polk, Corporation Counsel* (*J. H. Greener* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.